IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-24

| ABT, INC., | ) |
| :--- | :--- |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| TEXTILE MANAGEMENT ASSOCIATES, INC., | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**BEFORE THE COURT** is Defendant Textile Management Associates, Inc.'s Motion to Dismiss (Doc. 8). After Defendant filed its motion, Plaintiff filed an amended complaint. (Doc. 11). Accordingly, Defendant's Motion is **DENIED AS MOOT**.

**SO ORDERED.**

Signed: August 17, 2015

Richard L. Voorhees
United States District Judge